EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>María Isabel Negrón García | 2024 TSPR 94<br><br>214 DPR ___ |

Número del Caso: TS-10,367


Fecha: 26 de agosto de 2024


Representante legal de María Isabel Negrón García:

    Poe derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  María Isabel Negrón García     TS-10,367

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de agosto de 2024.

Examinado el escrito presentado el 16 de agosto de 2024, se ordena la readmisión de la Sra. María Isabel Negrón García al ejercicio de la abogacía.

Se ordena a la Secretaría hacer el cambio de la señora Negrón García a abogada activa en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo